# United States District Court
## District of South Dakota

Office of the Clerk
Room 302, Federal Building
515 Ninth Street
P. O. Box 6080
Rapid City, SD  57709-6080

Joseph Haas
Clerk of Court

Telephone
(605) 399-6000

May 15, 2007

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA  94102-3489

**E-filing**

**C 07   2740**

**SI**

Re:   MDL-1827 -- In re TFT-LCD (Flat Panel) Antitrust Litigation
Our Case No.:  CV:07-5013

Dear Mr. Wieking:

Pursuant to Rule 1.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation regarding the transfer of files, enclosed are the following documents:

1.    Complete original file consisting of 65 documents; and
2.    Certified copy of the docket sheet.

If you need anything further, please do not hesitate to contact me.

Sincerely,

Sandie Thielen
Deputy Clerk

Enclosures

# U.S. District Court
## District of South Dakota (Western Division)
## CIVIL DOCKET FOR CASE #: 5:07-cv-05013-KES
## Internal Use Only

Bessette v. Au Optronics Corporation et al
Assigned to: Chief Judge Karen E. Schreier
Cause: 15:25 Clayton Act

Date Filed: 02/20/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

## Plaintiff

**Christopher Bessette**
*on behalf of himself and all others*
*similarly situated in the State of South*
*Dakota*

represented by **Eric J. Pickar**
Bangs, McCullen, Butler, Foye &
Simmons
PO Box 2670
Rapid City, SD 57709
343-1040
Email: epickar@bangsmccullen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory James Erlandson**
Bangs, McCullen, Butler, Foye &
Simmons
PO Box 2670
Rapid City, SD 57709
343-1040
Fax: 343-1503
Email:
gerlandson@bangsmccullen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Au Optronics Corporation**

**Defendant**

**Au Optronics Corporation America**

**Defendant**

**Chi Mei Optoelectronics Co., Ltd.**

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

**Defendant**

Case 3:07-cv-02740-SI    Document 1    Filed 05/24/2007    Page 3 of 9

**Chunghwa Picture Tubes, Ltd.**

Defendant
**Fujitsu Limited, Inc.**

Defendant
**Fujitsu America, Inc.**

Defendant
**Hannstar Display Corporation**

Defendant
**Hitachi, Ltd.**

Defendant
**Hitachi Displays, Ltd.**

Defendant
**Hitachi America, Ltd.**

Defendant
**International Display Technology Co., Ltd.**

Defendant
**International Display Technology USA, Inc.**

Defendant
**IPSA Alpha Technology, Ltd.**

Defendant
**LG. Philips LCD Co., Ltd.**

Defendant
**LG. Philips LCD America, Inc.**                     represented by  **Stephen D. Bell**
                                                                      Dorsey & Whitney LLP
                                                                      Republican Plaza Bldg.
                                                                      Suite 4700
                                                                      370 17th St.
                                                                      Denver, CO 80202-5647
                                                                      (303)629-3400
                                                                      Fax: (303)629-3450
                                                                      Email: bell.steve@dorsey.com
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

Defendant
**Matsushita Electric Industrial Co.,**

**Ltd.**

**Defendant**

**Panasonic Corporation of North America**

**Defendant**

**Mitsubishi Electric Corporation**

**Defendant**

**Mitsubishi Electric & Electronics USA, Inc.**

**Defendant**

**NEC Electronics Corporation**

**Defendant**

**NEC Electronics America, Inc.**

**Defendant**

**NEC LCD Technologies, Ltd.**

**Defendant**

**Samsung Electronics Company, Ltd.**

**Defendant**

**Samsung Electronics America, Inc.**

**Defendant**

**Sanyo Electric Co., Ltd.**                    represented by **Max S. Main**
                                                Bennett, Main, & Gubbrud, P.C.
                                                618 State St.
                                                Belle Fourche, SD 57717-1489
                                                892-2011
                                                Fax: 892-4084
                                                Email: max@bellelaw.com
                                                *TERMINATED: 03/12/2007*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Sanyo North America Corporation**           represented by **Max S. Main**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Epson Imaging Devices Corporation**

**Defendant**

**Seiko Epson Corporation**

**Defendant**

**Epson America, Inc.**

**Defendant**

**Epson Electronics America, Inc.**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**Sony Corporation**

**Defendant**

**Sony Corporation of America**

**Defendant**

**Sony Electronics, Inc.**

**Defendant**

**S-LCD Corporation**

**Defendant**

**Syntax-Brillian Corp.**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba America, Inc.**

**Defendant**

**Toshiba Matsushita Display
Technology Co., Ltd.**

**Defendant**

**John Does 1-100**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2007 | 1 | COMPLAINT with Jury Demand. 41 Summons(es) issued - hand delivered to plaintiff's counsel. Receipt Number SDX500000685 in the |

| | | amount of $ 350, filed by Christopher Bessette.(BBH) (Entered: 02/21/2007) |
|---|---|---|
| 02/20/2007 | 2 | CIVIL COVER SHEET (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 3 | RECEIPT #SDX500000685 in the amount of $350 for civil filing fee (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 4 | Summons Issued as to Au Optronics Corporation. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 5 | Summons Issued as to Au Optronics Corporation America. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 6 | Summons Issued as to Chi Mei Optoelectronics Co., Ltd.. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 7 | Summons Issued as to Chi Mei Optoelectronics USA, Inc.. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 8 | Summons Issued as to Chunghwa Picture Tubes, Ltd.. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 9 | Summons Issued as to Fujitsu Limited, Inc. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 10 | Summons Issued as to Fujitsu America, Inc. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 11 | Summons Issued as to Hannstar Display Corporation. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 12 | Summons Issued as to Hitachi, Ltd. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 13 | Summons Issued as to Hitachi Displays, Ltd. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 14 | Summons Issued as to Hitachi America, Ltd. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 15 | Summons Issued as to International Display Technology Co., Ltd. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 16 | Summons Issued as to International Display Technology USA, Inc. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 17 | Summons Issued as to IPSA Alpha Technology, Ltd. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 18 | Summons Issued as to LG. Philips LCD Co., Ltd. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 19 | Summons Issued as to LG. Philips LCD America, Inc. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | 20 | Summons Issued as to Matsushita Electric Industrial Co., Ltd. (BBH) (Entered: 02/21/2007) |

| 02/20/2007 | ●21 | Summons Issued as to Panasonic Corporation of North America. (BBH) (Entered: 02/21/2007) |
| --- | --- | --- |
| 02/20/2007 | ●22 | Summons Issued as to Mitsubishi Electric Corporation. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●23 | Summons Issued as to Mitsubishi Electric & Electronics USA, Inc. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●24 | Summons Issued as to NEC Electronics Corporation. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●25 | Summons Issued as to NEC Electronics America, Inc. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●26 | Summons Issued as to NEC LCD Technologies, Ltd. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●27 | Summons Issued as to Samsung Electronics Company, Ltd. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●28 | Summons Issued as to Samsung Electronics America, Inc. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●29 | Summons Issued as to Sanyo Electric Co., Ltd. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●30 | Summons Issued as to Sanyo North America Corporation. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●31 | Summons Issued as to Epson Imaging Devices Corporation. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●32 | Summons Issued as to Seiko Epson Corporation. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●33 | Summons Issued as to Epson America, Inc. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●34 | Summons Issued as to Epson Electronics America, Inc. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●35 | Summons Issued as to Sharp Corporation. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●36 | Summons Issued as to Sharp Electronics Corporation. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●37 | Summons Issued as to Sony Corporation. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●38 | Summons Issued as to Sony Corporation of America. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●39 | Summons Issued as to Sony Electronics, Inc. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●40 | Summons Issued as to S-LCD Corporation. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●41 | Summons Issued as to Syntax-Brillian Corp. (BBH) (Entered: |

Case 3:07-cv-02740-SI   Document 1   Filed 05/24/2007

| | | |
|---|---|---|
| | | 02/21/2007) |
| 02/20/2007 | ●42 | Summons Issued as to Toshiba Corporation. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●43 | Summons Issued as to Toshiba America, Inc. (BBH) (Entered: 02/21/2007) |
| 02/20/2007 | ●44 | Summons Issued as to Toshiba Matsushita Display Technology Co., Ltd. (BBH) (Entered: 02/21/2007) |
| 03/12/2007 | ●45 | NOTICE of Appearance by Max S. Main on behalf of Sanyo Electric Co., Ltd., Sanyo North America Corporation. (SST) (Entered: 03/12/2007) |
| 03/12/2007 | ●46 | NOTICE OF Withdrawal As Counsel as to Sanyo Electric Co., Ltd. (SST) (Entered: 03/12/2007) |
| 03/12/2007 | ● | (Court only) *** Attorney Max S. Main terminated. (SST) (Entered: 03/12/2007) |
| 03/15/2007 | ●47 | WAIVER OF SERVICE Returned Executed by Christopher Bessette. Samsung Electronics America, Inc. waiver sent on 3/8/2007, answer due 5/7/2007. (Pickar, Eric) (Entered: 03/15/2007) |
| 03/19/2007 | ●48 | JOINT MOTION (Stipulation) to Extend Time to File Answer by Christopher Bessette. (Pickar, Eric) Modified on 3/20/2007 (Thielen, Sandie). (Entered: 03/19/2007) |
| 03/19/2007 | ●49 | WAIVER OF SERVICE Returned Executed by Christopher Bessette. Fujitsu America, Inc. waiver sent on 3/14/2007, answer due 5/14/2007. (Pickar, Eric) (Entered: 03/19/2007) |
| 03/19/2007 | ●50 | NOTICE of Voluntary Dismissal by Christopher Bessette (Pickar, Eric) (Entered: 03/19/2007) |
| 03/20/2007 | ●51 | CORPORATE Disclosure Statement by Defendant LG. Philips LCD America, Inc. identifying LG.Philips LCD, Co., Ltd. as Corporate Parent. (Bell, Stephen) (Entered: 03/20/2007) |
| 03/21/2007 | ●52 | ORDER granting 48 Joint Motion (Stipulation) to Extend Time to File Answer. Signed by Judge Karen E. Schreier on 3/20/07. (SST) (Entered: 03/21/2007) |
| 03/29/2007 | ●53 | JOINDER by Defendant Sanyo North America Corporation re 52 Order on Motion to Extend *Time*. (Main, Max) (Entered: 03/29/2007) |
| 04/03/2007 | ●54 | WAIVER OF SERVICE Returned Executed by Christopher Bessette. LG. Philips LCD America, Inc. waiver sent on 3/15/2007, answer due 5/14/2007. (Pickar, Eric) (Entered: 04/03/2007) |
| 04/06/2007 | ●55 | JOINDER by Defendants International Display Technology Co., Ltd., International Display Technology USA, Inc., Chi Mei Optoelectronics Co., Ltd., Chi Mei Optoelectronics USA, Inc. re 52 Order on Motion to Extend, and WAIVER OF SERVICE. (MWT) (Entered: 04/06/2007) |

Case 3:07-cv-02740-SI     Document 1     Filed 05/24/2007     Page 9 of 9

| 04/06/2007 | 56 | JOINDER by Defendant Syntax-Brillian Corp. re 52 Order on Motion to Extend. (MWT) (Entered: 04/06/2007) |
| 04/06/2007 | 57 | JOINDER by Defendant Samsung Electronics America, Inc. re 52 Order on Motion to Extend. (MWT) (Entered: 04/06/2007) |
| 04/06/2007 | 58 | JOINDER by Defendant Hitachi America, Ltd. re 52 Order on Motion to Extend. (MWT) (Entered: 04/06/2007) |
| 04/06/2007 | 59 | JOINDER by Defendant Au Optronics Corporation America re 52 Order on Motion to Extend. (MWT) (Entered: 04/06/2007) |
| 04/06/2007 | 60 | JOINDER by Defendant NEC Electronics America, Inc. re 52 Order on Motion to Extend AND WAIVER OF SERVICE. (MWT) (Entered: 04/06/2007) |
| 04/06/2007 | 61 | JOINDER by Defendant Epson Electronics America, Inc. re 52 Order on Motion to Extend. (MWT) (Entered: 04/06/2007) |
| 04/11/2007 | 62 | JOINDER by Defendant Fujitsu America, Inc. re 52 Order on Motion to Extend and WAIVER of SERVICE. (MWT) (Entered: 04/12/2007) |
| 04/11/2007 | 63 | JOINDER by Defendant Panasonic Corporation of North America re 52 Order on Motion to Extend. (MWT) (Entered: 04/12/2007) |
| 04/11/2007 | 64 | JOINDER by Defendant Sharp Electronics Corporation re 52 Order on Motion to Extend And WAIVER OF SERVICE. (MWT) (Entered: 04/12/2007) |
| 05/14/2007 | 65 | CONDITIONAL TRANSFER ORDER (certified copy) from MDL (SKM) (Entered: 05/15/2007) |

AMERICA

HAAS, clerk of the United
States District Court for the District of
South Dakota hereby certify that the
annexed document is a true copy
of the original now on file in this office

5/15/07
JOSEPH HAAS CLGK
Sandra Thiele
DEPUTY