# CIVIL COVER SHEET

**FILED FEB 20 2007 CLERK**

*JS 44 (Rev. 11/04)*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Christopher Bessette, on behalf of himself and all others similarly situated in the State of South Dakota

**(b)** County of Residence of First Listed Plaintiff: **Pennington**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number) (605) 343-1040
Gregory J. Erlandson / Eric J. Pickar
Bangs McCullen Law Firm
P.O. Box 2670, Rapid City, SD 57709-2670

## DEFENDANTS
AU OPTRONICS CORPORATION, et al.
(see attached sheet)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known): **CIV07-5013**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☒ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): **28 U.S.C. §1332**
Brief description of cause: Plaintiff brings this Class Action against named Defendants alleging price fixing and violation of antitrust laws in the sale and (cont.)

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **to be determined**
CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: **02/20/07**
SIGNATURE OF ATTORNEY OF RECORD: *EP*

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG JUDGE

(cont.) distribution of LCD.

CHRISTOPHER BESSETTE, on behalf of himself and
all others similarly situated in the State of South Dakota
vs.
AU OPTRONICS CORPORATION, ET AL.

## LIST OF DEFENDANTS

1. AU OPTRONICS CORPORATION

2. AU OPTRONICS CORPORATION AMERICA

3. CHI MEI OPTOELECTRONICS CO., LTD.

4. CHI MEI OPTOELECTRONICS USA, INC.

5. CHUNGHWA PICTURE TUBES, LTD.

6. FUJITSU LIMITED, INC.

7. FUJITSU AMERICA, INC.

8. HANNSTAR DISPLAY CORPORATION

9. HITACHI, LTD.

10. HITACHI DISPLAYS, LTD.

11. HITACHI AMERICA, LTD.

12. INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD.

13. INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.

14. IPSA ALPHA TECHNOLOGY, LTD.

15. LG.PHILIPS LCD CO., LTD.

16. LG.PHILIPS LCD AMERICA, INC.

17. MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.

18. PANASONIC CORPORATION OF NORTH AMERICA

19. MITSUBISHI ELECTRIC CORPORATION

20. MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.

21. NEC ELECTRONICS CORPORATION

1

22. NEC ELECTRONICS AMERICA, INC.

23. NEC LCD TECHNOLOGIES, LTD.

24. SAMSUNG ELECTRONICS COMPANY LTD.

25. SAMSUNG ELECTRONICS AMERICA, INC.

26. SANYO ELECTRIC CO., LTD.

27. SANYO NORTH AMERICA CORPORATION

28. EPSON IMAGING DEVICES CORPORATION

29. SEIKO EPSON CORPORATION

30. EPSON AMERICA, INC.

31. EPSON ELECTRONICS AMERICA, INC.

32. SHARP CORPORATION

33. SHARP ELECTRONICS CORPORATION

34. SONY CORPORATION

35. SONY CORPORATION OF AMERICA

36. SONY ELECTRONICS, INC.

37. S-LCD CORPORATION

38. SYNTAX-BRILLIAN CORP.

39. TOSHIBA CORPORATION

40. TOSHIBA AMERICA INC.

41. TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.

42. JOHN DOES 1-100