**FILED**

FEB 2 0 2007

CLERK

```
Court Name: District of South Dakota
Division: 5
Receipt Number: SDX500000685
Cashier ID: bhoran
Transaction Date: 02/20/2007
Payer Name: Bangs McCullen Law Firm
------------------------------------
CIVIL FILING FEE
 For: Bangs McCullen Law Firm
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 12328
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

CIV07-5013 Bessette v. Au
Optronics, et al. civil filing fee
```