IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (Flat Panel) ANTITRUST LITIGATION<br>             Defendant. | No. C 07-01827SI<br><br>**NOTICE** |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the motions and the initial case management/status conference previously scheduled to occur on Friday, June 8, 2007, shall be continued to TUESDAY, JULY 10, 2007, AT 10:00 A.M.

No case management conference statements need be filed at this time.

Dated: June 5, 2007

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk