IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RELATED CASES TO MDL CASE

IN RE: TFT-LCD (Flat Panel) ANTITRUST LITIGATION

Defendant.                             /

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference previously scheduled to occur on September 7, 2007 has been vacated. The case has now been scheduled for an initial case management/status conference to occur on TUESDAY, JULY 10, 2007, AT 10:00 A.M.

No case management conference statements need be filed at this time.

Dated: June 5, 2007

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk